IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZACHARY WILLIS,
ADC #143271                                                                                           PLAINTIFF

V.                               5:13CV00290 KGB/JTR

TASHA L. GRIFFIN, Corporal,
Cummins Unit, ADC, et al.                                                                     DEFENDANTS

### ORDER

Plaintiff, Zachary Willis, has filed a Motion seeking reconsideration of the Court's decision to deny him appointed counsel. *Docs. 8, 9, & 10.* Plaintiff contends that he needs an attorney because he cannot adequately read or write, and he depends on fellow prisoners to assist him in preparing his pleadings. *Id.* The pleadings Plaintiff has filed, with the assistance of fellow prisoners, have adequately explained the alleged facts and his claims for relief. Thus, there is no need to appoint counsel at this time.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Reconsideration of the Denial of Counsel (Doc. 9) is DENIED.

Dated this 17th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE