**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ZACHARY WILLIS,
ADC #143271                                                                                          PLAINTIFF

V.                                      5:13CV00290 KGB/JTR

COREY RAYNER,
Sergeant, Cummins Unit, ADC                                                           DEFENDANT

## INITIAL SCHEDULING ORDER

Defendant has filed his Answer and a Motion requesting permission to depose Plaintiff. *Docs.14 & 15.* The Court finds good cause for granting Defendant's request. *See* Fed. R. Civ. P. 30(a)(2)(B). Additionally, the Court will give the parties 120 days to *complete* discovery and 150 days to file any dispositive motions.[1]

IT IS THEREFORE ORDERED THAT:

1.     Defendant's Motion for Depose Plaintiff (*Doc. 15)* is granted.

2.     The parties must complete discovery **on or before June 13, 2014**, and file any dispositive motions **on or before July 14, 2014.**

---

[1] This means that the parties must send their final discovery requests to the opposing side so that they have the full amount of time, as provided by the Federal Rules of Civil Procedure, to respond before the discovery deadline expires. For instance, Fed. R. Civ. P. 33(b)(2) states that a party has 30 days to respond to interrogatories. Thus, the parties must send their final interrogatories to the opposing side *at least* 30 days before the expiration of the discovery deadline.

Dated this 19<u>th</u> day of February, 2014.

                                                                   _____
                                                                   UNITED STATES MAGISTRATE JUDGE