IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZACHARY WILLIS,
ADC #143271                                                                                              PLAINTIFF

v.                       Case No. 5:13-cv-00290-KGB-JTR

COREY RAYNER, Sergeant,
Arkansas Department of Correction, et al.                                          DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Thomas J. Ray (Dkt. No. 34). No objections have been filed, and the time for doing so has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Plaintiff's motion for temporary restraining order is denied (Dkt. No. 26).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 4th day of December, 2014.

Kristine G. Baker
United States District Judge