IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZACHARY WILLIS,
ADC #143271                                                                                    PLAINTIFF

v.                          Case No. 5:13-cv-00290-KGB-JTR

COREY RAYNER, Sergeant,
Arkansas Department of Correction                                                  DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 43). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Defendant Corey Rayner's motion for summary judgment is granted on the issue of exhaustion (Dkt. No. 30).

2. Plaintiff Zachary Willis's failure to protect claims against Mr. Rayner are dismissed without prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

SO ORDERED this 30th day of March, 2015.

_____
Kristine G. Baker
United States District Judge