## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ZACHARY WILLIS,**
**ADC #143271**                                                                    **PLAINTIFF**

**v.**                          **Case No. 5:13-cv-00290-KGB-JTR**

**COREY RAYNER, Sergeant,**
**Arkansas Department of Correction**                                  **DEFENDANT**

### JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

SO ADJUDGED this 30th day of March, 2015.

_____
Kristine G. Baker
United States District Judge